IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

DEIDRE and ANTHONY KINNER, )
Individually and as Parents and )
Guardians for TYLER KINNER, )
a Minor )
 )
      Plaintiffs, )
 )
v. ) Civil Action No. WMN-00-863
 )
MARK ESPOSITO, MD, et al. )
 )
      Defendants. )

## ORDER

UPON CONSIDERATION of the parties Joint Motion to Amend the Scheduling Order, it is this ___21st___ day of ___June___, 2000

ORDERED, that Joint Motion be, and hereby is, GRANTED;

IT IS FURTHER ORDER, that the Scheduling Order be amended as follows:

| | |
|---|---|
| 07/21/00 | Amended Pleadings/Additional Parties |
| 08/01/00 | Plaintiffs 26(a)(2) Disclosures re: Experts |
| 10/01/00 | Defendants 26(a)(2) Disclosures re: Experts |
| 10/15/00 | Plaintiffs Rebuttal 26(a)(2) Disclosures re: Experts |
| 10/22/00 | 26(e)(2) Supplementation of Disclosures and responses |
| 11/01/00 | Discovery Deadline/Status Report |



| | |
|---|---|
| 11/08/00 | Deadline for Requests for Admissions |
| 11/30/00 | Dispositive Pretrial Motions Deadline |

_____
JUDGE,
United States District Court for the
District of Maryland

cc:

Geoffrey S. Gavett, Esquire
John J. Beins, Esquire
Gavett & Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, Maryland 20855

Susan B. Boyce, Esquire
Godard, West & Adelman
200-A Monroe Street
Suite 310
Rockville, MD 20850

F:\DATA\GD\INDIV\1296-1\PLEADING\Usdc\Order.001.wpd