IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEIDRE and ANTHONY KINNER,              :
Individually and as Parents and Guardians of  :
TYLER KINNER, a minor,                   :
                                         :
                Plaintiffs               :
                                         :        Case No. WMN00CV863
        v.                               :
                                         :
MARK ESPOSITO, M.D., *et al.*,           :
                                         :
                Defendants               :

## ORDER

Upon consideration of the Joint Motion to Extend Scheduling Order Deadline, and good cause having been shown, it is this _28th_ day of _November_, 2000, hereby

ORDERED, that the motion be, and the same hereby is GRANTED; and it is further

ORDERED, that the Scheduling Order of this Court October 2, 2000 be amended as follows:

12/31/00      Depositions of Drs. Gherman and Currie completed

1/08/00       Deadline for requests for admissions

1/30/00       Dispositive pretrial motions deadline.

_____
Judge, United States District Court for the
District of Maryland

Law Offices
GODARD, WEST
& ADELMAN
200 A Monroe Street
Suite 310
Rockville, Maryland 20850

(301) 340-1140