IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEIDRE and ANTHONY KINNER,
Individually and as Parents and Guardians of
TYLER KINNER, a minor,

      Plaintiffs

   v.           Case No. WMN00CV863

MARK ESPOSITO, M.D., *et al.*,

      Defendants

<u>LINE</u>

TO THE CLERK OF THE COURT:

  Please withdraw the Defendant Mark Esposito, M.D.'s Motion for Physical Examination of a Party as the parties have reached an agreement with regard to the issues contained therein.

           GODARD, WEST & ADELMAN

           By: *Susan B. Boyce/llt*
           Susan B. Boyce
           200-A Monroe Street
           Suite 310
           Rockville, MD 20850
           (301) 340-1140

           Attorneys for Defendants

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing was mailed, postage prepaid, this 3rd day of January, 2001, to:

Geoffrey S. Gavett, Esquire
Gavett and Datt, PC
15850 Crabbs Branch Way
Suite 180
Derwood, MD 20855

           *Susan B. Boyce/llt*
           Susan B. Boyce

"APPROVED 4th DAY
OF January 01
[signature]"

Law Offices
GODARD, WEST
& ADELMAN
200 - A Monroe Street
Suite 310
Rockville, Maryland 20850
(301) 340-1140