IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEIDRE and ANTHONY KINNER,　　　　　　:
Individually and as Parents and Guardians of　:
TYLER KINNER, a minor,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiffs　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:　　Case No. WMN00CV863
　　v.　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　:
MARK ESPOSITO, M.D., *et al.*,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants　　　　　　　　　 :

**LINE**

TO THE CLERK OF THE COURT:

　　Please strike the appearance of Susan Boyce, as counsel for Mark Esposito, M.D., and enter the appearance of Gary A. Godard, Esquire, as counsel for Defendant Mark Esposito, M.D. The firm of Godard, West, Adelman, Sheff & Smith, LLC, shall remain as noted.

　　　　　　　　　　　　　　　　　　　　　　GODARD, WEST, ADELMAN
　　　　　　　　　　　　　　　　　　　　　　SHEFF & SMITH, LLC

　　　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　Gary A. Godard
　　　　　　　　　　　　　　　　　　　　　　200-A Monroe Street
　　　　　　　　　　　　　　　　　　　　　　Suite 310
　　　　　　　　　　　　　　　　　　　　　　Rockville, MD  20850
　　　　　　　　　　　　　　　　　　　　　　(301) 340-1140

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　Mark Esposito, M.D.

LAW OFFICES
GODARD, WEST,
ADELMAN, SHEFF
& SMITH, LLC
200-A Monroe Street
Suite 310
Rockville, Maryland 20850

(301) 340-1140

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing LINE was mailed, postage prepaid, this 13 day of July, 2001, to:

Geoffrey S. Gavett, Esquire
Gavett and Datt, PC
15850 Crabbs Branch Way
Suite 180
Derwood, MD 20855
Counsel for Plaintiffs

_____
Gary A. Godard

2